1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11  RANDALL E. STEPHENSON,              )        CASE NO. CV 13-8303 AGR
                                       )
12                    Plaintiff,       )
                                       )        JUDGMENT
13          v.                         )
                                       )
14  CAROLYN W. COLVIN, Commissioner    )
    of Social Security,                )
15                                     )
                      Defendant.       )
16  _____   )

17          In accordance with the Memorandum Opinion filed concurrently herewith,

18          IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

19  Commissioner of Social Security Administration.

20
21
22  DATED:  August 20, 2014          _____
23                                        ALICIA G. ROSENBERG
                                       United States Magistrate Judge
24
25
26
27
28